[Certiorari granted, 487 U. S. 1217.] Motion of the Solicitor General to dispense with printing the joint appendix granted. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 87–1955. LEWIS, COMPTROLLER OF THE STATE OF FLORIDA *v.* CONTINENTAL BANK CORP. ET AL. Appeal from C. A. 11th Cir.;

No. 87–1979. CHESAPEAKE & OHIO RAILWAY CO. *v.* SCHWALB ET AL. Sup. Ct. Va.;

No. 87–2118. ROJAS ET AL. *v.* VICTORIA INDEPENDENT SCHOOL DISTRICT ET AL. Appeal from D. C. S. D. Tex.;

No. 88–36. BENEFICIAL CORP. ET AL. *v.* DEUTSCHMAN. C. A. 3d Cir.;

No. 88–42. HALLSTROM ET UX. *v.* TILLAMOOK COUNTY. C. A. 9th Cir.;

No. 88–124. BREININGER *v.* SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION NO. 6. C. A. 6th Cir.; and

No. 88–127. NORFOLK & WESTERN RAILWAY CO. *v.* GOODE. Sup. Ct. Va. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 87–2048. TEXACO INC. *v.* HASBROUCK, DBA RICK'S TEXACO, ET AL. C. A. 9th Cir. Motions of National Association of Texaco Wholesalers, Society of Independent Gasoline Marketers of America et al., Petroleum Marketers Association of America, and National Association of Manufacturers of the United States et al. for leave to file briefs as *amici curiae* granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 87–7077. MCDEVITT *v.* CITY OF PHILADELPHIA ET AL. C. A. 3d Cir.;

No. 87–7193. BARTOS *v.* CHICAGO BOARD OF ELECTION ET AL. C. A. 7th Cir.;

No. 87–7240. ORYNICZ *v.* VETERANS ADMINISTRATION. C. A. 3d Cir.;

No. 87–7306. JACKSON *v.* UNITED STATES. C. A. 9th Cir.; and

No. 88–5041. LANDES *v.* DEPARTMENT OF STATE ET AL. C. A. 3d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 24,